**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01001-CR

### JOCELYN UY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-86182-2013**

## ORDER

The Court **GRANTS** the Collin County District Clerk's motion for extension of time to file the clerk's record.

We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE